

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2018

No. 04-18-00310-CR

Shaun Ruiz **PUENTE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 14-01-0040-CRA
Honorable Donna S. Rayes, Judge Presiding

# **O R D E R**

Appellant's brief was originally due to be filed on November 9, 2018. On October 17, 2018, appellant filed a motion requesting an extension of time to file the brief until February 7, 2019, for a total extension of ninety days. The motion is GRANTED. **THIS IS THE FINAL AND ONLY EXTENSION OF TIME THAT APPELLANT WILL BE GRANTED**.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2018.

_____
Keith E. Hottle
Clerk of Court